IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

MICHAEL L. LARR

       Petitioner,    :       Case No. 2:24-cv-1730

  - vs -               District Judge Michael H. Watson
                          Magistrate Judge Michael R. Merz

MISTY MACKEY, WARDEN,
 Lake Erie Correctional
  Institution,

                                    :
       Respondent.

## DECISION AND ORDER

This habeas corpus case, brought *pro se* by petitioner Michael Larr, is before the Court on his most recent Motion to Take Judicial Notice of Adjudicative Facts (ECF No. 40). The Motion is essentially an argument about the state courts' treatment of various items of hearsay.

The contents of the Motion are not the proper subject of judicial notice. The Motion is therefore DENIED.

The undersigned filed a dispositive Report and Recommendations on December 5, 2025. Petitioner has until December 22, 2025, to file objections.

December 17, 2025.

                                                           s/ *Michael R. Merz*
                                                    United States Magistrate Judge